BOARD OF REVIEW OF THE TOWN OF SMITHFIELD. Petition for certiorari is denied. *Louis M. Cioci,* for plaintiff-respondent. *Stephen E. Cicilline,* Town Solicitor, for defendant-petitioner.

M. P. No. 78-67. ARAM K. BERBERIAN *v.* CLARENCE I. MITCHELL. The petition for a writ of certiorari is denied. *Aram K. Berberian,* pro se, plaintiff-respondent. *William J. Toohey,* City Solicitor, *Thomas L. McDonald,* Assistant City Solicitor, for respondent.

APPEAL No. 76-143. ESTATE OF LISBETH R. EGLEE. The petition for reargument is denied. *Blais, Cunningham, Thayer, Gagnon & Ross, Henry J. Blais III, Matthew C. Cunningham,* for plaintiff. *Thornton, Thornton & Naccarato, Inc., James D. Thornton, Vincent J. Naccarato,* for defendant.